SMITH *v.* INGHAM CIRCUIT JUDGE.

MANDAMUS—UNEMPLOYMENT COMPENSATION BENEFITS—PENDENCY
  OF APPEAL—COSTS.
    Writ of mandamus to compel payment of benefits under the un-
    employment compensation act as they accrued pending deci-
    sion on employer's appeal to courts from award to claimants
    without regard to the ultimate rights of the parties is denied,
    without costs, a public question being involved.

Petition for mandamus by August A. Smith and
others to compel Leland W. Carr, Ingham Circuit
Judge, to vacate an order staying payment of un-
employment compensation pending appeal. Sub-
mitted October 8, 1940. (Calendar No. 41,266.)
Writ denied May 21, 1941. Rehearing denied June
30, 1941.

*Maurice Sugar* and *Ernest Goodman,* for plain-
tiffs.

*Bulkley, Ledyard, Dickinson & Wright* and
*Thomas F. Chawke* (*Harry C. Bulkley, John G.
Garlinghouse* and *Charles R. Moon, Jr.,* of counsel),
for defendant Ingham Circuit Judge.

*Thomas Read,* Attorney General, and *Florence N.
Clement,* Assistant Attorney General, for Michigan
Unemployment Compensation Commission.

PER CURIAM. This is a petition for mandamus
to compel Leland W. Carr, Ingham circuit judge,
to vacate an order staying the payment of certain
unemployment benefits by the Michigan unemploy-
ment compensation commission pending the deter-
mination of an appeal. The appeal in that case has
been heard at the October session of court and the

questions raised are decided in *Chrysler Corp.* v. *Smith, ante,* 438 (135 A. L. R. 900). The purpose in seeking mandamus is to obtain the payment of benefits pending decision on the above appeal, without regard to the ultimate decision as to the rights of the parties.

Writ denied. No costs awarded, this being a question of public interest.

SHARPE, C. J., and BOYLES, CHANDLER, NORTH, WIEST, and BUTZEL, JJ., concurred.

BUSHNELL, J. Because of the court's decision today in *Chrysler Corp.* v. *Smith, ante,* 438 (135 A. L. R. 900), I concur.

MCALLISTER, J., concurred with BUSHNELL, J.